ainst the Manchester Marble Company. B. Kraus, for appellant. C. Trosk, for respondent. No opinion. Order affirmed, with 0 costs and disbursements. Order filed.

WACHTEL v. FRAUT et al. (Supreme ourt, Appellate Term. April 8, 1910.) Appal from Municipal Court, Borough of Manttan, First District. Action by Morris Wach-l against Louis Fraut and another. From a dgment for defendants, plaintiff appeals. Rersed, and new trial ordered. Matthias Radin, r appellant. Jacob Rieger, for respondents. SEABURY, J. The action was brought up-a promissory note. The defendants pleaded general denial, fraud, no consideration, and counterclaim of $430. The note, which was r $100 was given by the defendant Louis raut to the plaintiff. It was given in part yment for certain chattels, which by bill of le bearing even date with the note the plain-f made to the defendant Louis Fraut. The stimony disclosed by the record is not clear satisfactory, and it is evident from a review it that the defendant did not sustain any of s defenses to the note. Judgment reversed, d new trial ordered, with costs to appellant abide the event. All concur.

WACK, Appellant, v. TOBIN et al., Re-ondents. (Supreme Court, Appellate Divi-n, First Department. April 8, 1910.) Ac-n by Adam Wack against John J. Tobin and other. P. H. Delehanty, for appellant. A. I. orke, for respondents. No opinion. Order af-rmed, with $10 costs and disbursements. Or-r filed. See, also, 122 App. Div. 704, 107 . Y. Supp. 659.

WAHLER v. LONG ISLAND R. CO. (Su-eme Court, Appellate Division, Second De-rtment. April 22, 1910.) Action by August ahler, Jr., against the Long Island Railroad ompany. No opinion. Motions denied, with-t costs. See, also, 121 N. Y. Supp. 755.

WALLACE et al., Appellants, v. DIEHL et ., Respondents. (Supreme Court, Appellate ivision, Second Department. April 22, 1910.) ction by Margaretta Wetherill Wallace and hers, as executors, etc., against Charles W. iehl and others. No opinion. Motion to re-ttle order denied, without costs. See, also, 34 App. Div. 942, 118 N. Y. Supp. 1149.

WALLACE, Appellant, v. WALLACE, Re-ondent. (Supreme Court, Appellate Division, hird Department. March 25, 1910.) Action y Mary Wallace against Patrick H. Wallace. PER CURIAM. Order discontinuing alimo-y reversed, with $10 costs and disbursements, nd motion to discontinue alimony denied. See, lso, 117 App. Div. 915, 102 N. Y. Supp. 1150. COCHRANE, J., dissents.

In re WALLACH. (Supreme Court, Appellate Division, First Department. March 18, 1910.) In the matter of Karl M. Wallach, deceased. No opinion. Order modified, as directed in order, and, as so modified, affirmed, without costs. Order filed.

WARD, Appellant, v. GLACKNER, Respondent. (Supreme Court, Appellate Division, First Department. March 31, 1910.) Action by Charles D. Ward, as administrator, etc., against John Glackner. A. G. Reeves, for appellant. J. M. Hartfield, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

WARTENBERG, Appellant, v. INTER-BOROUGH RAPID TRANSIT CO., Respondent. (Supreme Court, Appellate Division, First Department. March 24, 1910.) Action by Ernst P. Wartenberg, as administrator, against the Interborough Rapid Transit Company. H. A. Powell, for appellant. L. E. Quigg, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

WASSERMAN, Respondent, v. FLORIDA EAST COAST CO., Appellant. (Supreme Court, Appellate Division, First Department. April 8, 1910.) Action by Benoit Wasserman against the Florida East Coast Company. G. S. Scofield, for appellant. I. L. Bamberger, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

WEINTRAUB v. SIEGEL et al. (Supreme Court, Appellate Division, First Department. March 31, 1910.) Action by Jacob Weintraub against Moses I. Siegel and others. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed. See, also, 133 App. Div. 677, 118 N. Y. Supp. 261.

WELCH LUMBER CO. v. NORFOLK & W. RY. CO. (Supreme Court, Appellate Division, First Department. March 31, 1910.) Action by the Welch Lumber Company against the Norfolk & Western Railway Company. No opinion. Motion granted. Order filed. See, also, 121 N. Y. Supp. 985.

WELLER, Appellant, v. STENGEL, Respondent. (Supreme Court, Appellate Division, Second Department. March 11, 1910.) Action by Charles H. Weller against Henry Stengel, Jr. No opinion. Motion for reargument denied, with costs. For original opinion, see 134 App. Div. 983, 119 N. Y. Supp. 1149.

In re WEST 160TH STREET IN CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. March 31, 1910.) In the matter of the City of New York in re-